# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 30, 2007

Clifford W. Taylor,
Chief Justice

133293 & (16)

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

LARRY WISE,
      Plaintiff-Appellee,

v

                                        SC: 133293
                                        COA: 274145

AUTO-OWNERS INSURANCE COMPANY,
      Defendant-Appellant.
                                        Wayne CC: 04-428747-NF

_____/

On order of the Court, the motion for immediate consideration is GRANTED. The application for leave to appeal the January 17, 2007 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should now be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 30, 2007                                                    
                                              Clerk